CYRUS GRISWOLD, Respondent, *v.* ELBERT W. COOK, Appellant.

(Argued September 26, 1871 ; decided January term, 1872.)

DECIDED upon the facts in the case.

*John C. Strong* for the appellant.

*A. P. Nichols* for the respondent.

HUNT, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.

---

THE CENTRAL BANK OF TROY, Respondent, *v.* WILLIAM HEY-DORN, Appellant.

ARGUED and decided with *Central Bank of Troy* v. *Heydorn, ante* p. 260.